Robert Sanford
V-25176 D-3 206L
Ironwood State Prison
Po Box 2199
Blythe, Calif 92226

United States District Court
Central District of California.

| | |
|---|---|
| Robert L. Sanford<br>Plaintiff | Case No. 06-1343-PA (CW) |
| VS. | Letter: Requesting |
| Debra Dexter | update of Pending |
| L. E. Scribner (warden)<br>Respondent. | writ And "Stay" |
| | Ex Parte |

To: The Honorable Carla Woehrle
United States Magistrate Judge:

I'm submitting this letter to this court, because I have not heard anything from this court. My concern now is are you actually Recieving my mail being sent. For I submitted a Request for A Extension on Stay on May 27th 2008. in order to exhaust state Issue case # S163803.
Again I submitted a update

Request asking this Court the status of my Pending Writ and "STAY" on July 9th 2008. Still I have not been notified by this court to what status my writ is at this time. Or if my Extension was Granted. In order to Exhaust State Issue Case #S16305. all Documents have already been submitted regarding these issues I hope this court can notify me or make me aware that you have recieved all my Request and motions I have submitted.

Thank you.

Robert Buford    8-12-08

## PROOF OF SERVICE

### Declaration of Service by Mail

I, Robert L Sanford, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On August 12th 2008, I deposited a copy of the following document(s):

① Original Letter To Judge CARLA Woehlke Regarding A Request For Update On Pending Stay And Habeas Corpus. Ex parte.

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

To: United States District Court
Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012-4793

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE: 8/12/08    SIGNATURE: [signed]