Robert L Sanford
V-23710 BCW-DE 110
CIM-EAST DEL NORTE PVE
PO Box 500
Chino, CA 91708

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA

Robert L Sanford,
  Petitioner
v
L.E. Scribner, Warden,
  Respondent

Case No. 06-CV-1343-PA-CW

NOTICE OF CHANGE of Address

To: Honorable Magistrate Judge Carla Woehrle
This Petitioner is now Notifying this Court of the new Address change from Ironwood State Prison PO Box 2199 Blythe, CA (92226) To: CIM-EAST Del Norte PVK PO Box 500 Chino, CA 91708

This is Now Notifying The Court That my Address has Changed.
                Thank you.

Proof of Service

My name is Robert Lionel Sanford V-25-126
I'm over 18 years of Age.
I'm Now Submitting To This Court:
1) Original Copy of A Notice of Address Change From Ironwood State Prison P.O. Box 2199 Blythe CA 92226 To CIM-East Del Norte Pvc P.O. Box 500, Chino, CA 91708

This Proof of Service is Now Submitted In The The Prison Mail System at CIM-East Prison Post Box 500 Chino, CA 91708 In Chino, CA in the County of San Bernardino, CA.

Executed on this 14th day of September, 2010 at ~~Chino~~ California Institution for Men-East P.O. Box 500, Chino, CA 91708