# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LIONEL SANFORD, | ) | No. CV 06-1343-PA(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| L.E. SCRIBNER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 9, 2011

_____
PERCY ANDERSON
United States District Judge